No. 04-00-00455-CV


William P. WENZEL,


Appellant



v.



Maria P. WENZEL,


Appellee



From the 285th Judicial District Court, Bexar County, Texas


Trial Court No. 1984-CI-18204


Honorable Pat Boone, Judge Presiding



PER CURIAM


Sitting: Alma L. López, Justice

 Catherine Stone, Justice

 Paul W. Green, Justice


Delivered and Filed: November 8, 2000


APPEAL DISMISSED


 The appellant in the above numbered and styled appeal has indicated that the dispute
underlying the appeal has been settled, and asked that the cause be remanded to the trial court for
affirmance of the agreed order. We interpret this request as a motion to dismiss the appellant's
notice of appeal. The request is granted and the appeal is dismissed. See Tex. R. App. P. 42.1(a)(2).
The costs of this appeal are taxed against the appellant.


 PER CURIAM

DO NOT PUBLISH